UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANMOL SINGH, | No.  1:26-cv-00552 DC CSK |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| SERGIO ALBARRAN, et al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On February 10, 2026, respondents filed a motion to dismiss alleging that petitioner is already pursuing habeas relief in Singh v. Warden of Golden State Annex Detention Facility, No. 1:26-cv-00207 JLT EPG (E.D. Cal.).  (ECF No. 11 at 1.)  Petitioner did not file an opposition.

The instant petition was filed with the court on January 22, 2026.  As alleged by respondent, this court's own records confirm that on January 12, 2026, petitioner filed a petition containing virtually identical allegations.  (No. 1:26-cv-00207 JLT EPG).[1]  Due to the duplicative nature of the present action, respondent's motion should be granted, and this case be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that:

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1. Respondent's motion to dismiss (ECF No. 11) be granted.

2. This action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

3. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **seven days** of the date of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within **seven** days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 9, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Sing552.23.imm/2

2