UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANMOL SINGH,<br><br>              Petitioner,<br><br>    v.<br><br>SERGIO ALBARRAN, et al.,<br><br>              Respondent. | No. 1:26-cv-00552-DC-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 11, 12) |

Petitioner Anmol Singh (A-221-166-977), a noncitizen proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2026, the magistrate judge filed findings and recommendations recommending this action be dismissed because it is duplicative of Petitioner's earlier-filed habeas action, 1:26-cv-00207-JLT-EPG. ECF No. 12. Those findings and recommendations were served on both parties and contained notice that any objections to the findings and recommendations were to be filed within seven days. *Id.* Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having

1

reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are ADOPTED;

2. Respondents' motion to dismiss this action as duplicative (ECF No. 11) is GRANTED;

3. This action is dismissed without prejudice.  See Fed. R. Civ. P. 41(b); and

4. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:    **March 24, 2026**                      _____

Dena Coggins
United States District Judge

2